# ELECTRONIC RECORD

COA # 01-14-00326-CR

OFFENSE: 22.04 (Injury to Child)

STYLE: Alexandro Jordan Bravo v. The State of Texas

COUNTY: Harris

COA DISPOSITION: AFFIRM

TRIAL COURT: 209th District Court

DATE: 07/30/2015          Publish: YES

TC CASE #: 1335513

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alexandro Jordan Bravo v. The State of Texas

CCA #: **1050-15**

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _Nov. 11, 2015_

JUDGE: _Pc_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**